IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA LAKIN                                                                                    PLAINTIFF

V.                              CASE NO.: 5:14-CV-5053

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                        DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 23) filed in this case on September 30, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED on this 17th day of November, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE